20160—New York, Chicago & St. L. Rd. Co. v. Sam Nucifer; motion for Huron Appeals to certify. R. R. Parkhurst, Bellevue, for pltf; Young & Young, Norwalk, for deft.

20161—W. B. Coleman v. Public Utilities Commission of Ohio; error to Public Utilities Commission of Ohio. J. R. Cook, Ashtabula, and Boer, Arnold, Tobias & Winsper, Cleveland, for pltf; C. C. Crabbe & J. W. Bricker, Columbus, for deft.

## NOV. 6, 1926

20162—Fidelity & Cas. Co. of New York v. W. J. Donnelly Co.; motion for Lorain Appeals to certify. Howell, Roberts & Duncan, Cleveland, for pltc; G. A. Resek and M. Gordon, Lorain for deft.

# THIS WEEK'S DIGEST
## Cases Published in the Abstract

### 32. ADMINISTRATORS.
Does a deceased owner of real estate (997) who has allotted it, incorporated same and owns all stock, leave realty or personalty, and should administrator or distributee maintain action to gain possession thereof? *King v. So. Real Estate Co.* OS. Pend. 4 Abs. 753.

### 45. ADVERSE POSSESSIONS.
Can recovery be had of real estate when one holds same for 21 years, regardless of his knowledge of adverse holding? *Penfield v. Scanlan Co.* OS. Pend. 4 Abs. 754.

See 997. Real Estate.

### 106. ASSIGNMENT.
Upon transfer of mortgage (787) and note without record of mortgage, and the assignor thereof receives interest thereon and later note is returned, is the assignee (of the returned note and mortgage) the proper party to sue for breach of mortgage covenant Mt. Zion Church v. Harper. OS. Pend. 4 Abs. 754.

See 147. Bills & Notes.

### 147. BILLS & NOTES.
A negotiable instrument purchased in good faith and for value will not be dishonored and be rendered overdue by non-payment of interest before the principal motures; and loans made upon such instrument after interest is due will not be affected thereby. Kreitz v. Sav. Dep. Trust Co. OA. 4 Abs. 750.

### 167. BONDS (Surety).
Is surety (1139) liable on his appeal bond when appeal is not taken in time and no judgment is rendered against appellant? Roath v. Wood Motor Co. OS. Pend. 4 Abs. 753.

### 225. CHARGE TO JURY.
It is not error to fail to instruct that if a minor was on sidewalk, a truck driver need not get off his truck and ascertain whether said minor was in rear of truck before backing up. Shillito Co. v. Shanley, Admr. OA. 4 Abs. 750.

### 288. CONSPIRACY. See 480. Evidence.

### 297. CONTRACTS.
Is time the essence of a sale contract, as under the common law rule, in absence of modification by sales code? Midwest Co. v. Electric Co. OS. Pend. 4 Abs. 754.

### 313. CORPORATIONS.
Under no par stock issuing statutes, is the issuance of "management stock" so as to give control of corporation to the holders thereof, in violation if 3728-1 GC? State ex Booth v. Goodyear Co. et. OS. Pend. 4 Abs. 755.

### 355. DAMAGES.
When instructions upon the question of damages do not exclude earnings of a minor before he is 21 in an action for wrongful death, not error. Shillito Co. v. Shanley, Admr. OA. 4 Abs. 750.

### 367. DEEDS.
Does a covenant in a deed, to pave all streets abutting lots, include a street (1113) which abuts lots but is not in the subdivision? Oakwood Realty Co. v. Nolte et. OS. Pend. 4 Abs. 755.

### 389. DESCENT & DISTRIBUTION.
Can one ignore kinship and claim by representation? Who it "next of kin" under 8574-6 GC? Weisflock et v. Sigling et. OS. Pend. 4 Abs. 756.

### 448. ELECTIONS.
Petition in mandamus filed to compel a recount of votes upon election of county commissioners, dismissed by relator. State ex Meyers v. Butterfield et. OS. Pend. 4 Abs. 753.

### 455. EMINENT DOMAIN. See 639. Injunction.

### 460. EQUITY.
Other than for the purpose of winding up partnership affairs, equity cannot appoint a receiver to carry on partnership business. Pater et v. Schumaker. OA. 4 Abs. 746.

### 465. ERROR.
When accord and satisfaction (17) is plead, it is incumbent upon the defense to show same and it is error for a trial judge to direct a verdict at close of plaintiff's testimony. Morton v. Siebler. Cloth Co. OA. 4 Abs. 749.

### 480. EVIDENCE.
Are utterances made by a co-conspirator to a witness who came upon him suddenly, admissible on the ground that such are in furtherance of the conspiracy? Toneff v. State. OS. Pend. 4 Abs. 754.

### 639. INJUNCTION.
Where action is pending in the Common Pleas Court upon an appeal from the Board of Commissioners in reference to taking of private property and compensation therefor; injunction will be granted restraining the Commissioners from entering upon the land until compliance of Sec. 19, Art. I of the Constitution of Ohio and until final determination of the pending action. McCone v. Wood County (Bd. of Comm.). OA. 4 Abs. 751.

### 677. JURISDICTION.
Action for cancellation of a land contract is an action in personum and not in rem; and therefore may be brought either in the county where real estate is located or where any of the defendants reside. McCamey v. Adelphie Land Co. OA. 4 Abs. 748.

See 27. Actions.

Court of Appeals has power and jurisdiction to appoint the Superintendent of Insurance, liquidator, under the section of the statutes which provides for such appointment. Conn, Supt. v. Indemnity Co. OA. 4 Abs. 746.

### 7.7. MANDAMUS.
After an insurance company has had its license revoked for spending more than 30% of its income for expenses, does mandamus lie to compel insurance superintendent to reinstate it? State ex v. Conn. OS. Pend. 4 Abs. 756.

Will mandamus lie against the state highway commission to compel it to pay for land for which a deed has been given and recorded? State ex Reiterman v. Tracy et. OS. Pend. 4 Abs. 755.

See 367. Deeds.

Will mandamus lie against the governor to compel him to appoint board of real estate examiners under 6373-25 GC., when legislature failed to appropriate money to pay same? State ex Arras v. Donahef. OS. Pend. 4 Abs. 757.